*E-Filed 10/19/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONNIE M. HUNTER, | No. C 15-2717 RS (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| AUDREY KING, | |
| Respondent. | |

Petitioner seeks federal habeas relief under 28 U.S.C. § 2241 from his pretrial detention. He is being held at Coalinga State Hospital in Fresno County, California, under California's Sexual Violent Predator Act ("SVPA"). *See* Cal. Welf. & Inst. Code § 6600, et seq. He is currently awaiting trial to determine whether he is a Sexually Violent Predator subject to civil commitment under the SVPA. The trial will be held in Alameda County.

Section 2241 is the proper basis for the petition because petitioner is a pretrial detainee challenging the constitutionality of his confinement. *See Hoyle v. Ada County*, 501 F.3d 1053, 1058 (9th Cir. 2007) (Section 2241 proper basis for pre-trial double jeopardy challenge). Although this Court may have jurisdiction to hear a petition brought under Section 2241, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 494–95 (1973),

*Braden* also makes clear that "venue considerations may, and frequently will, argue in favor of adjudication of the habeas claim in the jurisdiction where the habeas petitioner is confined." *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988). The preferable forum for a Section 2241 habeas petition is the district of confinement. *See McCoy v. United States Bd. of Parole*, 537 F.2d 962, 966 (8th Cir. 1976); *see also Dunne v. Henman*, 875 F.2d 244, 249–50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over custodian, preferred forum for 2241 petition is district where petitioner confined).

Petitioner is being held in Fresno County, which is in the Eastern District of California. Because this is the district of confinement, this action is TRANSFERRED to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: October 19, 2015

RICHARD SEEBORG
United States District Judge