UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE M. HUNTER, | 1:15-cv-01611-JLT-(HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION |
| v. | |
| AUDREY KING, | (Doc. 15) |
| Respondent. | 30-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 23, 2015, Respondent filed a motion to extend time to respond to petition. Good cause appearing, the Court **ORDERS**:

Respondent is granted 30 days from the date of service of this order in which to file a response to the petition.

IT IS SO ORDERED.

Dated:   **January 4, 2016**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

1